In the Matter of the Claim of HELEN CONNORS, Respondent, against INTER-NATIONAL MOTOR COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, on the ground that there is no evidence that the blow to the neck activated and aggravated a pre-existing mass in deceased's neck, there being no evidence that there was such pre-existing condition. Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ., concur.

In the Matter of the Claim of MORRIS HARRIS, Respondent, against INTER-NATIONAL MOTOR COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board, on the authority of Matter of De Caprio v. General Electric Co. (244 N. Y. 500). Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of HENRY WRIGHT, Respondent, against READ-CODDINGTON ENGINEERING COMPANY and Another, Appellants. STATE INDUS-TRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of MARIE McKNIGHT, Respondent, against M. DEVLIN & Co., LTD., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of ELLA G. JENNINGS, Respondent, against WILLIAM JENNINGS and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of CLAIRE COFFEY, Respondent, against RICHBROSON HOTEL CO., INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.